# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE EVARO, | Case No.: 1:18-CV-0184 -DAD- JLT |
| Plaintiff, | ORDER REFERRING THE MATTER TO VDRP |
| v. | |
| STERLING JEWELERS INC., et al., | |
| Defendants. | |

The parties have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program. (Doc. 13 at 1-2) Therefore, the Court **ORDERS**:

1. The matter is referred to the Voluntary Dispute Resolution Program;
2. All case deadlines and hearing dates are **VACATED**.

IT IS SO ORDERED.

Dated: **July 25, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE