# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE EVARO,<br><br>        Plaintiff,<br><br>   v.<br><br>STERLING JEWELERS INC., et al.,<br><br>        Defendants. | Case No.: 1:18-CV-0184 -DAD- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

The Court has been advised the parties have settled the matter through the Court's VDRP. Thus, the Court **ORDERS**:

    1.    The motion for preliminary approval of the class settlement **SHALL** be filed **<u>no later than January 14, 2019</u>**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions.</u>**

IT IS SO ORDERED.

    Dated:   **December 6, 2018**                **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE