# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE EVARO, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC.,<br><br>Defendants. | Case No.: 1:18-cv-0184- DAD-JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 12) |

On December 21, 2018, the parties filed stipulation indicating the parties agreed that "Plaintiff's individual claims… be dismissed with prejudice and the class claims ... be dismissed without prejudice." (Doc. 38 at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

Because all parties signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __December 26, 2018__          _____/s/ Jennifer L. Thurston__
                                        UNITED STATES MAGISTRATE JUDGE